USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10.28.2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDERS ALM, et al.

Plaintiffs,

-against-

JEREMY SPENCE, JOHN DOE NO.1 a/ka/ BLACKXANTUS,

Defendants.

JUDGMENT

19 Civ. 04005 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced by the filing of a Complaint on May 3, 2019 and the filing of a Summons on May 8, 2019, and a copy of the Complaint and Summons having been served on Defendant on June 17, 2019 by affixing a true copy of the Summons and Complaint to the door of Defendant Jeremy Spence's residence, and by mailing via the U.S. Postal Service a copy of the Summons and Complaint in a first class postpaid envelope properly addressed to Jeremy Spence's last known residence, and proof of service being filed on July 2, 2019, and Defendant Spence having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment against Defendant Spence. These and all papers related to this action may be served on Defendant Spence by electronic means, including by e-mail to (i) cs172892@tutanota.com; (ii) jeremy.spence7745@gmail.com; (iii) jsv@tutanota.com; and

(iv) Jeremy.spence89886@gmail.com and by direct message via Twitter to @coin_signals.

This matter is referred to Magistrate Judge Robert W. Lehrburger for an inquest on damages.

Dated: October 28, 2020
New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE