USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDERS ALM, et al.,

                Plaintiffs,

- against -

JEREMY SPENCE and JOHN DOE NO. 1
a/k/a BLACKXANTUS,

                Defendants.
------------------------------------------------------------X

19-CV-4005 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the conference held on July 19, 2022, Plaintiffs shall submit, by **September 30, 2022**: (1) For each Plaintiff, proof establishing their individual damages (declarations and electronic signatures are acceptable); (2) for each Plaintiff, the amount they are to receive under the criminal restitution order and resulting net amount of damages if that restitution amount is deducted from damages (this information may be submitted via attorney declaration); and (3) legal authority as to whether Plaintiffs would be entitled to a civil judgment in this case that does not reduce damages to account for any ordered restitution.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2022
       New York, New York

Copies transmitted this date to all counsel of record.