

**Jonathan J. Brennan**
DIRECT 646.609.9299
EMAIL jbrennan@maynardcooper.com

November 2, 2022

**VIA CM/ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **Anders Alm, et al. v. Jeremy Spence, John Doe No. 1 a/k/a Blackxantus (S.D.N.Y. Case No. 1:19-CV-04005) (GBD/RWL)**

Dear Judge Lehrburger:

    I write to update the Court regarding our efforts to reach several of our clients who, to date, had been out of communication.

1. *Luke Porter*. As set forth in Plaintiffs' Motion to Withdraw, counsel has now heard from Plaintiff Luke Porter, who has submitted a Declaration of Damages. A copy of Mr. Porter's Declaration is attached as **Exhibit 1** to this letter.

2. *Loek Rosenbaum*. As set forth in Plaintiffs' Motion to Withdraw, counsel has now heard from Plaintiff Loek Rosenbaum, who has indicated a desire to dismiss this action. A Notice of Dismissal from Mr. Rosenbaum will be forthcoming and filed with this Court before the deadline set forth in the Court's October 28, 2022 Order.

3. *Zachary Wildes*. Since filing its Motion to Withdraw, Plaintiffs' counsel has now heard from Zachary Wildes, who has submitted a Declaration of Damages. A Copy of Mr. Wildes's Declaration is attached as **Exhibit 2** to this letter. Plaintiffs' counsel hereby withdraws their motion as to Mr. Wildes.

4. *Charles Yoon*. Since filing their Motion to Withdraw, Plaintiff's counsel has now heard from Charles Yoon, who has submitted a Declaration of Damages. A Copy of Mr. Yoon's Declaration is attached as **Exhibit 3** to this letter. Plaintiffs' counsel hereby withdraws their motion as to Mr. Yoon.

    Please feel free to contact the undersigned with any questions or in the event additional information is needed.

                                                         Respectfully submitted,

                                                        <u>/s/ Jonathan J. Brennan</u>
                                                        Jonathan J. Brennan

cc:      Jeremy Spence (cs172892@tutanota.com);
           Jeremy Spence (jeremy.spence7745@gmail.com)
           Jeremy Spence (jsv@tutanota.com)
           Jeremy Spence (Jeremy.spence89886@gmail.com)
           Sylvie Levine, Esq. (sylvie_levine@fd.org)
           Luke Porter (fadedinto00@gmail.com)
           Loek Rosenbaum (Loek.rosenbaum@gmail.com)
           Zachary Wildes (zachwildes0915@gmail.com)
           Charles Yoon (chazzy@gmail.com)