USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDERS ALM, et al.,

                Plaintiffs,

      - against -

JEREMY SPENCE and JOHN DOE NO. 1
a/k/a BLACKXANTUS,

                Defendants.
------------------------------------------------------------X

19-CV-4005 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 28, 2022, the Court granted plaintiff counsel's motion to withdraw as to ten plaintiffs. On November 2, 2022, plaintiff counsel filed a letter representing that two plaintiffs with respect to which counsel sought to withdraw have, since filing of the motion to withdraw, re-established contact with plaintiff counsel. (Dkt. 39.) Counsel's letter was accompanied by sworn declarations of those two plaintiffs attesting to their individual damages. Accordingly, the Court recognizes the renewed appearance of Maynard Cooper Gale, on behalf of Plaintiffs Zachary Wildes and Charles Yoon.

By November 27, 2022, plaintiff counsel shall submit a revised, up-to-date summary damages chart identifying each plaintiff claiming damages, the amount for each, and the total of all combined.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2022
       New York, New York

Copies transmitted this date to all counsel of record.